### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MICHELLE BEAGLE** | ) | No. 20-1894 |
| *Petitioner* | ) | |
| | ) | January 8, 2021 |
| v. | ) | |
| **DIANE EASTER**, Warden, Danbury Correctional Institution, in her Official capacity | ) | **MOTION TO AMEND COMPLAINT** |
| *Respondent* | ) | |

Pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, the Petitioner, Michelle Beagle, hereby moves the Court for leave to amend the operative petition in this case to include Michael Carvajal, Director of the Bureau of Prisons, in his Official Capacity.

This motion is filed concurrently with a memorandum in response to the Court's order, Doc. # 25, to address mootness.

Respectfully submitted,

Michelle Beagle

By *W.T. Koch III*
W. Theodore Koch III
Fed. Bar #ct26854
Koch, Garg & Brown
8 W. Main Street, Suite 2-10
Niantic, CT 06357
Phone: 860-452-6860
Fax: 860-452-6865
ted@kgb-law.com

1

CERTIFICATION OF SERVICE

I hereby certify that on January 25, 2021, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CV/ECF Filing System.

/s/ *W.T. Koch III*
W. Theodore Koch III
Fed. Bar #ct26854
Koch, Garg & Brown
8 W. Main Street, Suite 2-10
Niantic, CT 06357
Phone: 860-452-6860